UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FABIOLA GONZALEZ CHAVEZ,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-05482 AB (ADS)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Traverse, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge dated October 26, 2026, [Dkt. No. 10]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 10], is accepted;

2. The Petition is granted in part;

3. Respondents must provide Petitioner with an individualized bond hearing before an immigration judge within 7 days of the date of this Order. At the bond hearing, the Government bears the burden of showing by clear and convincing evidence whether Petitioner poses a flight risk or danger to the public; and

4. Judgment shall be entered accordingly.

DATED: November 2, 2026

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge